

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL ·

Honorable C. W. Butler, Jr.
Member, Texas Prison Board
Crockett, Texas

Dear Sir:          Opinion No. O-4584
                   Re:  Authority of Texas Prison
                        Board to create additional
                        positions of "camp physician"
                        and "dentist for the Texas
                        Prison System".

        We have your letter of May 6, 1942, requesting
our opinion as to whether the Texas Prison Board has the
authority to create the additional positions of camp
physician and dentist for the Prison System, their sala-
ries to be paid from existing funds heretofore appropriated
for the support, operation and maintenance of the Texas
Prison System.  Your letter indicates that you may have
in mind that such positions could carry higher salaries
than are now paid to the System's physicians and dentist.

        Article 6166g, Vernon's Annotated Civil Statutes,
reads:

        "The Texas Prison Board, together with
        the manager hereinaffer provided for, shall
        be vested with the exclusive management and
        control of the Prison System, and all pro-
        perties belonging thereto, subject only to
        the limitations of this Act, and shall be
        responsible for the management of the af-
        fairs of the Prison System and for the proper
        care, treatment, feeding, clothing and manage-
        ment of the prisoners confined therein."

Article 6166j, Vernon's Annotated Civil Statutes, provides for the employment of a general manager for the prison system and says that "the duty of such manager shall extend to the employment and discharge, with the approval of the Board, of such persons as may be necessary for the efficient conduct of the prison system."

The appropriation for the operation of Texas Prison System is embodied in the Departmental Appropriation Bill, S. B. 423, Ch. 571, 47th Leg., and is found beginning at page 1214, General and Special Laws, 1941. Therein we find an appropriation (item 13) of $3,000 per annum for a "Hospital Physician", another (item 17) of $2100 for a "Physician", one of $4500 per year (item 12) for a Medical Supervisor, with apartment, water and lights", another (item 12a) of $4200 annually for a "Medical Supervisor, with apartment, water and lights (State Farm Industries)", and an appropriation (item 20) of $2400 each year for a "Dentist". We also find an appropriation of $406,000 for general support and maintenance and contingent .Page 1226. As a part of the general rider to Senate Bill 423, we find paragraph (15)d, at page 1292, reading:

"Additional Employees' Compensation. When any additional employees, other than those for which specific salary appropriations have herein been made, are employed and are to be paid out of contingent appropriations, such employees shall not be paid a larger amount than that provided in the regular appropriated salaries for similar positions in such department or agency, and in the event there are no similar positions within such department, then such additional employee shall not be paid a larger amount than that provided for similar positions in other departments or agencies. In the event laborers, ' skilled laborers, and mechanics cannot be obtained at the above mentioned salary scale, then the head of such department may pay for temporary employment only not exceeding the prevailing wage scale paid in the locality where the temporary service is to be rendered."

From the above it is our conclusion that if the Board deems it necessary it may provide the additional positions inquired about, the salaries to be paid out of the $406,000 appropriation. However, your attention is directed to the limitations placed by said section (15)d on the amount of compensation which may be paid to the persons appointed to such places of employment. The dentist may not be paid more than $2400.00 per year and the physician not more than the amount itemized, as above set out, for the position to which this one is most similar. This would hold true even if the itemized position should be abolished.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By         Glenn R. Lewis
            Assistant

GRL:BT

APPROVED MAY 13, 1942

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN